IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DIANA C. JENKINS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 3:20-CV-00768-MAB |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated June 21, 2021, Plaintiff's claims against Defendant Commissioner of Social Security are dismissed with prejudice (Doc. 27). Accordingly, this action was DISMISSED with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(b).

DATED: June 21, 2021

                                            **MARGARET M. ROBERTIE,**
                                            **Clerk of Court**

                                            BY: _/s/ Jennifer Jones_
                                                          **Deputy Clerk**

APPROVED: _/s/ Mark A. Beatty_
                    **MARK A. BEATTY**
                    **United States Magistrate Judge**